# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EVAN E. COOPER

VERSUS

JAMES PATRICK FLEMING, IV,
HELEN FLEMING, XYZ INSURANCE
COMPANY, ABC INSURANCE
COMPANY AND UNITED SERVICES
AUTOMOBILE ASSOCIATION

NO. 2023 CW 1078

**JANUARY 18, 2024**

---

In Re:    James Patrick Fleming, IV, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 704110.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(C)(9). Relator, James Patrick Fleming, IV, failed to include a
copy of the attachments to the opposition filed with the
district court.

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   If relator seeks to file a new application with this court,
it must contain all pertinent documentation, the missing items
noted above, and must comply with Uniform Rules of Louisiana
Courts of Appeal, Rule 2-12.2.  Any new application must be
filed on or before February 5, 2024, and must contain a copy of
this ruling.

                         **JMG**
                         **WRC**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT